UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BRAD ALLEN BROUSSARD, | } |
| TDCJ-CID NO.1290406, | } |
|     Petitioner, | } |
| VS. | }   CIVIL ACTION NO. H-08-3002 |
| | } |
| NATHANIEL A. QUARTERMAN, | } |
| | } |
|     Respondent. | } |

## FINAL JUDGMENT

For the reasons set out in the Court's Opinion on Dismissal signed this date, this case is DISMISSED with prejudice.

This is a FINAL JUDGMENT.

The Clerk will enter this Order and provide all parties with a true copy.

SIGNED at Houston, Texas, this 14th day of January, 2009.

                                     MELINDA HARMON
                                 UNITED STATES DISTRICT JUDGE